## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALEXANDRA HOBBS, ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED,

                      Plaintiffs,

      - against -

AMERIPRISE FINANCIAL, INC,

                      Defendant.

------------------------------------------------------------x

Case No.: 1:22-CV-6140

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: October __, 2022

_____
Jeffrey M. Gottlieb

**GOTTLIEB & ASSOCIATES**
150 East 18th Street, Suite PHR
New York, NY 10003
Tel: (212) 228-9795
Jeffrey@gottlieb.legal

Attorneys for Plaintiff

_____
Lewis S. Wiener

**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Tel: (202) 383-0140
lewiswiener@eversheds-sutherland.com

Attorneys for Defendant

SO ORDERED:

_____      Date: _____

Hon. _____